| | | |
|---|---|---|
| **Transfer of Jurisdiction** | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 1 9 2017<br>David J. Bradley, Clerk | Case Number (Trans. Court)<br>3:14-CR-00142-D(1) |
| | | Case Number (Rec. Court)<br>5:17 CR 453-1 |

| Name Of Probationer/Supervised Releasee | District **Laredo Division** | Division |
|---|---|---|
| Rosalio Tellez-Saucedo | Northern District Of Texas | Dallas |
| | Name of Sentencing Judge<br>The Honorable Judge Sidney A. Fitzwater | |
| | Dates Of Probation/<br>Supervised Release  From<br>May 27, 2016 | To<br>May 26, 2018 |

Offense

Illegal Reentry After Removal From the United States, 8 U.S.C. § 1326(a) & (b)(1)

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District Of Texas, Dallas Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Southern District of Texas, Laredo Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 24, 2017
Date                                             U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Southern District of Texas, Laredo Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 17, 2017
Effective Date                                  U.S. District Judge
                                                Marina Garcia Marmolejo